Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT 2022 SEP 14 PM 4: 01

for the

District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

Arnold A. Noel

|  |  |
|---|---|
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | ) Case No. _____<br>) *(to be filled in by the Clerk's Office)*<br>)<br>)<br>) Jury Trial: *(check one)* ☑Yes ☐No<br>) |

-v-

Judge Mark Coven
Braintree Police Department
Stuart Brian  Patrolman #180

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Arnold A. Noel |
| Street Address | 337 Union Street |
| City and County | New Bedford MA 02740 |
| State and Zip Code | 508 901-0036 |
| Telephone Number | |
| E-mail Address | arnoldnoe@me.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*    Judge Mark Coven

    Street Address    One Dennis Ryan Parkway

    City and County    Quincy MA

    State and Zip Code    02169

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name    Braintree Police Department

    Job or Title *(if known)*

    Street Address    Braintree MA

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name    Stuart Brion

    Job or Title *(if known)*    Patrol Man 180

    Street Address    Braintree Police Department

    City and County    Braintree MA

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Whether A State Judge Refusal to Lock at Mr. Noel Right to express his words, and whether an expression through Litigation cause A NOA the crab*

*Whether A State Judge Have Jurisdiction over a Federal Suit*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _Arnold A Noel_ , is a citizen of the
State of *(name)* _MA_ .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _Judge Mark Coven_ , is a citizen of
the State of *(name)* _MA_ . Or is a citizen of
*(foreign nation)*

_____ .

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9-14-22

Signature of Plaintiff

Printed Name of Plaintiff    Arnold A. Neel

### B.    For Attorneys

Date of signing:    September 14, 2022

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Arnold A. Noel

V

Judge Mark Coven


## Complaint


ON September 14, 2022, Judge Mark Coven without hearing Mr. Noel, entered an extension to an illegal No Abuse order. This was a designed by Kathleen A. Reagan, esq. She has $485,000 dollars stolen from the estate. Two subpenas and all the hidden cameras and people they denied knowing.

ON September 1, 2022, A Lawsuit, along with the Email used in an alleged threat from August 31, 2022. That email, along with the federal complaint was submitted to this court.

Now, because the same email was entered into Federal court before Kathleen Reagan got her Judge friends to Aid her withdrawal from the case she stole $485,000.

The two Judges, without proper Jurisdiction and proper facts, used an email an a Federal suit to put an illegal No Abuse order. Kathleen A. Reagan, lied to have it do

Judge Mark Coven is outside his power, and this No Abuse order on September 14, 2022 is an attack on Plaintiff Free speech and Plaintiff told Judge Coven that, but he just claimed that the fear of the threat from an email which is a federal matter, and which is before this Court Submitted September, 2022 before Kathleen Reagan went and Lied on her Police Report.

Therefore, Plaintiff is seeking for a trial by jury for violation of his free speech which was expressed in a federal lawsuit that defendants are in and they are using State Court to steal more of Plaintiff Rights, 1. free speech 2.) Right to not be harrass through virtues litigation and simply to over power Plaintiff from his protected Rights.

Plaintiff seek Relief from the False No abuse order Entered with the Sam

The complaint sent to Kathleen Reagan on Aug 31, 2022 is attached along with the email used as a so called threat.

Kathleen and the Two Judges are outside of their Subject matter, and do not have Jurisdiction on Arnold A. Noel, because the Complaint for Federal Civil Right Issues, was submitted before Kathleen Reagan Lied and used Her Friends to Violate Arnold A. Noel rights of free speech in a Litigation between 4 Attorneys.

This abuse of process from Judge Mark Coven, is shocking because even after showing him that he had no Jurisdiction when showing the Same email Submitted in a Law Suit in Federal Court already made a 1 year extension on Mr Noel, while on a litigation and without any threat nor evidence of threats. Both Judges disregarded Plantiff rights and issued a illegal No Abuse just to hurt Plantiff and Steal his rights.

...n the time the Federal complaint was filed on September,22 the state court, doesnt have any Jurisdiction. The reason is simple. The Claims being Alleged, is already in the proper forum or Court. That means even if the two Judges believe the lie that Kathleen Reagan was in fear, they do not have the power to put an order on Mr. Noel when 1. Mr. Noel never threathen Kathleen Reagan at her Home, but on August 31, sent an email as an Exhibit along with a Federal complaint. See Attachment

The opportunity to use fear in an exhange through Litligation is an outrage. on Issuing a No Abuse order Lock, the two Judges are doing a favor for Kathleen Reagan. They Dint have any Evedence Except an Email Attached to a complaint filed on September 1, 2022 before Kathleen went to Quincy Police and falsly a police Report. Kathleen Reagan Said 1.1 she no Longer works as a lawyer but left her Job, and shut down the office on Aust 31, 2022 for fear of Her Life. The Evidence Submited is Laced with lies, and the Quincy Police made up the remaining lies, to fit a order.